**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

ERNESTO HERNANDEZ REYES,

       *Petitioner*,

v.                                                                    Case No. 3:26-cv-1636-WWB-MCR

U.S. ATTORNEY GENERAL, et al.,

       *Respondents.*

_____

**ORDER**

Petitioner initiated this action by filing a Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241.  (Doc. 1).  Immigration and Customs Enforcement ("**ICE**") is detaining Petitioner at North Florida Detention Center.  (*Id.*).  According to Petitioner, ICE detained him on April 9, 2026, and his prolonged detention has violated his constitutional rights under 8 U.S.C. § 1231 and seemingly pursuant *Zadvydas v. Davis*, 533 U.S. 678 (2001).  (*Id.* at 4–6).

In *Zadvydas*, the Supreme Court held that indefinite detention of aliens raises serious constitutional concerns.  533 U.S. 678.  Once an order of removal is final, ICE should make every effort to remove the alien within a reasonable time.  *Id.* at 701.  The Court also concluded that six months is a presumptively reasonable period to detain a removable alien awaiting deportation.  *Id.*  "Although not expressly stated, the Supreme Court appears to view the six-month period to include the 90-day removal period plus 90 days thereafter."  *Akinwale v. Ashcroft*, 287 F.3d 1050, 1052 (11th Cir. 2002).

Here, a review of the Executive Office for Immigration Review's ("**EOIR**") website shows that Petitioner's removal order is not final, but rather those proceedings are still pending. *See* EOIR, Automated Cast Information, available at www.acis.eoir.jusitice.gov (last visited June 29, 2026). As such, Petitioner is not in ICE custody under § 1231 and his removal period under *Zadvydas* has not yet begun. Thus, Petitioner's claim is not yet ripe and is dismissed without prejudice as premature.

Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The Petition (Doc. 1) and this case are **DISMISSED without prejudice**.

2. The Clerk shall enter judgment dismissing this case without prejudice, terminate any pending motions, and close the file.

**DONE AND ORDERED** in Jacksonville, Florida, on June 29, 2026.

WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Jax-7
C:    Ernesto Hernandez Reyes, A232366341

2